IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVASE SPELL, | ) |
| | ) Civil Action No. 2:07-CV-00371 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Donetta Ambrose |
| | ) |
| PUBLIC INTEREST | ) |
| COMMUNICATIONS, INC. | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

The parties to the above-captioned civil action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will pay its own costs.

Respectfully submitted,

/s/ *Marvase Spell*

Marvase Spell
1718 Grandview Avenue
Braddock, PA 15105
(412) 823-1697

/s/ *Mark T. Phillis*

Mark T. Phillis
(PA ID No. 66117)
LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222
(412) 201-7636
mphillis@littler.com

*Counsel for Defendant, Public Interest Communications, Inc.*

AND Now this 17th day of September, 2007, It is ORDERED that this case is dismissed with prejudice.

*Donetta W. Ambrose*
Donetta W. Ambrose,
Chief Judge